## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

AHMED ELSHARIF,                                                     Civil No. 05-2821 (RHK/JJG)

    Petitioner,                                                    **ORDER**

    v.

DENISE FRAZIER, et al.,

        Respondents.

_____

Upon the Stipulation of Petitioner and Respondents, and no hearing being deemed necessary, and for good cause shown, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated: May 22, 2006

                                         s/Richard H. Kyle
                                         RICHARD H. Kyle
                                         United States District Judge